# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

| | |
|---|---|
| **Name of debtor:** Nickette I. Enright | **Case Number:** 13-34689 |
| | **Chapter 13** |
| **Trustee:** Glenn B. Stearns | **Judge:** A. Benjamin Goldgar |

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT AS OF: 01/27/2017

**Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.**

| | |
|---|---|
| **Name of creditor:** U.S. Bank National Association | **Last four digits** of any number you use to identify the debtor's account:     xxxxxx4355 |

## Statement in Response as of: 01/27/2017

### 1.    Pre-Petition Arrears - Court claim no. (if known): N/A  (Docket Entry #23)

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the Trustee's cure notice.

If Creditor disagrees:

    Amount of pre-petition arrears due at filing:                    _____
    Amount received from the Chapter 13 Trustee             _____

    Pre-Petition arrears remaining due:                        _____

### 2.    Post-Petition Amounts

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of this Response.

If Creditor disagrees:
    Post-petition amounts remaining due:                   _____

### 3.    Sign Here

| | |
|---|---|
| Print Name:    Carlos Hernandez-Vivoni | |
| Title:    Authorized Agent for U.S. Bank National Association | |
| Company:    Buckley Madole, P.C. | /s/ Carlos Hernandez-Vivoni
Signature |
| Address and telephone number: | 01/31/2017
Date |
|     P. O. Box 9013
    Addison, TX 75001 | |
| Telephone:   ((972) 643-6600      Email:     POCInquiries@buckleymadole.com | |

### CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before January 31, 2017 via electronic notice unless otherwise stated:

**Debtor**          *Via U.S. Mail*
Nickette I. Enright
129 Geddes Ave.
Winthrop Harbor, IL 60096

**Debtors' Attorney**
David P Leibowitz, ESQ
Leibowitz Law Center
420 Clayton Street
Waukegan, IL 60085-4232

**Chapter 13 Trustee**
Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

**U.S. Trustee**
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Respectfully Submitted,

/s/ **Carlos Hernandez-Vivoni**

FCN_COSDflt_01                                              1                                              3205-N-8016